# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Norris Ammons

                             Plaintiff,

v.                                              Case No.: 1:13–cv–06731
                                                Honorable Ruben Castillo

NCO Financial Systems Inc., et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 18, 2014:

    MINUTE entry before the Honorable Ruben Castillo:Plaintiff's individual claims against the defendant are dismissed with prejudice and each party shall bear its own costs; and Plaintiff's class claims are dismissed without prejudice and each party shall bear its own costs pursuant to the Stipulation to Dismiss [53] filed by the parties on 7/18/14.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.